# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Rite Hite Arbon Equipment | 12/8/2022 | 266458 | Check | $ 8,146.88 |
| Akorn Operating Company, LLC | Rite Hite Arbon Equipment | 12/16/2022 | 266594 | Check | $ 3,357.95 |
| | | | | | $ 11,504.83 |