# Exhibit A

## Schedule of Settlements Subject to Notice of Settlement Provisions

Case 25-50312-KBO    Doc 9-1    Filed 08/11/25    Page 1 of 4

**Schedule of Settlements Subject to Notice of Settlement Provisions**

| Name | Gross Amount Demanded | Settlement Amount[1] | Adversary Number | Asserted Defenses/ Settlement Summary[2] |
|---|---|---|---|---|
| Alcus Fuel Oil & Sons, Inc. | $19,749.40 | $1,518.83[3] | 25-50353 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| American International Relocation SOL d/b/a AIRES | $25,761.27 | $8,000.00 | 25-50089 | Settlement amount is at least 60% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Aramark Uniform Services (Midwest) LLC | $64,050.00 | $14,175.00 | 25-50326 | Settlement amount is at 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Arjay Company d/b/a Vertiv | $69,752.72 | $38,500.00 | 25-50260 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Axon, LLC | $16,392.43 | $10,000.00 | 25-50298 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Balco Industries, Inc. | $12,825.00 | $10,901.25 | 25-50301 | Settlement amount is at least 56% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Bana Electrical Testing Corp. | $54,461.00 | $10,000.00 | 25-50105 | Settlement amount is approximately 30% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |

---

[1] Amounts hereunder are exclusive of the value of claim waivers associated with each of the identified settlements, *unless otherwise specified herein*.

[2] Percentages hereunder are exclusive of the value of claim waivers associated with each of the identified settlements, *unless otherwise specified herein*.

[3] Amount is based solely upon the value of waived claim multiplied by current distribution rates for unsecured claims (19.2%). *See Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Second Distribution to Holders of General Unsecured Claims* [D.I. 1448] ("Distribution Motion").

| | | | | |
|---|---|---|---|---|
| Camfil - DP Filters | $33,747.54 | $12,700.00 | 25-50093 | Settlement amount is at least 85% of the estimated net preference liability after accounting for defenses under 547(c)(2). |
| Cedar Brook 5 Corporate Center LP | $305,411.21 | $15,000.00 | 25-50236 | Settlement amount is at least 50% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| ColorCon, Inc. | $31,640.00 | $21,687.03 | 25-50245 | Settlement is at approximately 65% of the preference liability. |
| Commonwealth Edison Company | $40,677.79 | $2,000.00 | 25-50184 | Settlement amount equates to at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Gerresheimer Glass | $286,679.01 | $55,000.00[4] | 25-50155 | Settlement amount equates to at least 55% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| IMA North America, Inc. | $44,585.32 | $12,000.00 | 25-50252 | Settlement amount is at least 55% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Kirby Risk Corporation | $33,317.10 | $1,500.00 | 25-50264 | Settlement amount is at least 83% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Malik & Popiel, P.C. | $17,600.00 | $7,000.00 | 25-50177 | Settlement amount is approximately 41% of the preference liability. |
| Mettler-Toledo Rainin, LLC | $22,908.68 | $5,000.00 | 25-50171 | Settlement amount is at 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Nipro Pharmapackaging Americas Corp. | $178,034.42 | $85,000.00 | 25-50107 | Settlement amount is at 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |

---

[4] Amount is based solely upon the value of claim reduction amount multiplied by current distribution rates for unsecured claims (19.2%). *See* Distribution Motion.

| Defendant | Transfer Amount | Settlement Amount | Case No. | Notes |
|---|---|---|---|---|
| Optima Machinery Corp. | $59,575.12 | $23,000.00 | 25-50142 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Power Supply of Illinois, Inc. | $15,662.27 | $4,000.00 | 25-50310 | Settlement amount is at 70% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Rite Hite Arbon Equipment | $11,504.83 | $6,000.00 | 25-50312 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| SolarWinds | $38,211.48 | $30,569.00 | 25-50205 | Settlement amount is approximately 80% of the preference liability. |
| TSO General Corp. | $10,133.68 | $2,000.00 | 25-50321 | Settlement amount is at least 80% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| UL Verification Services Inc. | $23,706.06 | $17,500.00 | 25-50216 | Settlement amount is approximately 75% of the preference liability. |
| Welch (Heritage) | $48,645.91 | $16,000.00 | 25-50133 | Settlement amount is at least 47% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| W.W. Grainger | $72,190.36 | $16,500.00 | 25-50333 | Settlement amount is at least 59% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Xellia Pharmaceuticals | $42,000.00 | $30,000.00 | 25-50225 | Settlement amount is at least 73% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |